**U.S. Department of Justice**

United States Attorney
District of South Carolina

1441 Main Street
Columbia, SC 29201

*Telephone:* (803) 929-3058
*Fax:* (803) 254-3739

Oct 26, 2026

Captain Samuel Bryant
Assistant Staff Judge Advocate
USAF - 20th Fighter Wing Office of the Staff Judge Ad
504 Shaw Dr
Shaw AFB, SC 29152

Dear Captain Bryant:

Pursuant to 28 U.S.C. §543 and a request from your office, effective November 2, 2026 you are hereby appointed as a Special Assistant United States Attorney for the District of South Carolina subject to the following conditions:

1. You will assist with cases of mutual interest between the USAO-SC and Shaw AFB.
2. This appointment is indefinite but may be terminated at any time without cause.
3. You will report to and act under the direction of the Criminal Chief AUSA with regard to any matter handled.
4. You understand and agree to serve without compensation other than that which you are now receiving under your existing appointment.
5. You understand and agree that if you require access to restricted information involving a matter other than that to which you have been appointed, you shall request authorization from the United States Attorney. Further, you understand that the limitations of your access to the United States Attorney's Office is determined by the United States Attorney in that office.
6. This appointment may be terminated at any time without cause or notice.
7. You must execute and return to the Human Resources Staff within 14 days the enclosed Appointment Affidavit (Oath of Office, taken on or after the effective appointment date), and a signed copy of this letter. You may not represent or work on cases on behalf of the Department of Justice until after the Oath of Office is executed. Your signature in the space provided below acknowledges your agreement to the terms and conditions of this appointment.

Sincerely,

BRYAN STIRLING Digitally signed by BRYAN STIRLING
Date: 2026.10.30 10:25:58 -04'00'

Bryan P. Stirling,
United States Attorney

The foregoing terms and conditions are hereby agreed to and accepted:

BRYANT.SAMUEL.LAYTON.1588458861 Digitally signed by BRYANT.SAMUEL.LAYTON.1588458861
Date: 2026.10.30 10:50:38 -04'00'

Samuel Layton Bryant

Date: Oct 26, 2026

Enclosures

a) Appointment Affidavit / Oath of Office (SF-61)